UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MAURICE WALKER,

     Plaintiff,

v.

CALHOUN COUNTY 10TH DISTRICT
COURT, et al.,

     Defendants.

_____/

Case No. 1:26-cv-1087

HON. JANE M. BECKERING

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (ECF No. 4) recommending dismissal of certain claims in Plaintiff's Complaint (ECF No. 1). Plaintiff has since filed a First Amended Complaint (ECF No. 8).  Federal Rule of Civil Procedure 72 provides that in reviewing a magistrate judge's recommendation, the district judge may "accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."  FED. R. CIV. P. 72(b)(3).  Accordingly:

**IT IS HEREBY ORDERED** that this matter is returned to the Magistrate Judge to consider whether Plaintiff's First Amended Complaint affects the Magistrate Judge's prior recommendation.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 4) is DISMISSED as moot.


Dated:  May 4, 2026

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge